AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | Case No. 19-mj-00185-STV |
| ) | |
| MAXIMILLIAN ESQUIBEL ) | |
| *Defendant* ) | |
| ) | |

**ARREST WARRANT**

TO:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay   MAXIMILLIAN ESQUIBEL  , who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

On or about August 9, 2019, in the State and District of Colorado, the defendant, MAXIMILLIAN ESQUIBEL, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting interstate commerce; in violation of Title 18, United States Code, Section 922(g)(1).

Date: August 9, 2019

*Issuing officer's signature*

City and state: Denver, CO

Scott T. Varholak, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*